In the Matter of ASCO EQUITIES, INC., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued May 27, 1955; decided July 8, 1955.

740

*Morris Wagman* and *Irving Sheinfeld* for appellant.

*Beatrice Shainswit* and *Hortense W. Gabel* for respondent.

Order affirmed, with costs; no opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld, Froessel and Burke, JJ. Van Voorhis, J., dissents and votes to reverse and to reinstate the order of Special Term.